**No. 64118.**—Electrolux Corporation *v.* United States, protests 182383–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of electrical floor polishers similar in all material respects to those the subject of *United States* v. *Electrolux Corporation* (46 C.C.P.A. 143, C.A.D. 718), the claim of the plaintiff was sustained.